# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMBER MORGAN, | Case No. 2:17-cv-02269-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 10) |
| WAL-MART STORES, INC., | |
| Defendant(s). | |

Pending before the Court is the parties' proposed discovery plan seeking special scheduling review, Docket No. 10, which is hereby **DENIED**. In particular, the Court finds that insufficient reasons were provided to depart from the presumptively reasonable discovery period of 180 days. *See* Local Rule 26-1(b)(1).[1] Accordingly, the Court **SETS** deadlines as follows:[2]

- Amend pleadings/ add parties: November 27, 2017
- Initial experts: December 26, 2017

---

[1] The discovery plan purports to instruct the Court as to the weeks-long periods (stretching from mid-November to mid-January) during which Defendant will not permit depositions of its employees. Docket No. 10 at 2. A party does not dictate to the Court when it will permit depositions to take place. The parties shall proceed with written discovery and noticing depositions based on the deadlines set herein and the needs of the case. To the extent scheduling issues arise, counsel shall confer with one another and seek relief from the Court if necessary and appropriate. The Court will evaluate any such request if it is filed.

[2] Although Defendant first appeared in state court on July 12, 2017, Docket No. 1-1 at 25, the Court will calculate the deadlines herein based on the date of removal to this Court.

- Interim status report: December 26, 2017
- Rebuttal experts: January 25, 2018
- Discovery cutoff: February 25, 2018
- Dispositive motions: March 26, 2018
- Joint proposed pretrial order: April 25, 2018

IT IS SO ORDERED.

DATED: September 7, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge