# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMBER MORGAN, | Case No. 2:17-cv-02269-RFB-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| WAL-MART STORES, INC., | (Docket Nos. 23, 24) |
| Defendant(s). | |

Pending before the Court are Plaintiff's motion to reopen discovery deadlines and a stipulation to reopen discovery deadlines. Docket Nos. 23, 24. The Court continues to have concerns about the parties' diligence (*i.e.*, the showing of good cause) and their failure to obtain an extension before the expiration of the subject deadlines (*i.e.*, the showing of excusable neglect). Nonetheless, the Court hereby **SETS** new deadlines as follows:

- Amend pleadings/ add parties: Closed
- Initial Experts: April 16, 2018;
- Interim status report: April 16, 2018;
- Rebuttal experts: May 16, 2018;
- Discovery cutoff: June 15, 2018;
- Dispositive motions: July 16, 2018;
- Joint proposed pretrial order: August 15, 2018, or 30 days after dispositive motions are resolved.

Accordingly, the motion to reopen and the stipulation to reopen are **GRANTED** in part and **DENIED** in part. The Court **VACATES** the hearing set for March 15, 2018.

IT IS SO ORDERED.

DATED: March 15, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge