# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AMBER MORGAN,

    Plaintiff(s),

v.

WAL-MART STORES, INC.,

    Defendant(s).

Case No.: 2:17-cv-02269-RFB-NJK

**ORDER**

The parties were ordered to file a joint proposed pretrial order by April 22, 2019. Docket No. 36 at 4. To date, no joint proposed pretrial order has been filed. The Court **ORDERS** the parties to file a joint proposed pretrial order by August 14, 2019. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

Dated: July 31, 2019

                                                Nancy J. Koppe
                                                United States Magistrate Judge