ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMBER MORGAN, an individual, | Case No.: 2:17-cv-02269-RFB-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WAL-MART STORES, INC.; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive, | |
| Defendant(s). | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

. . .

. . .

. . .

. . .

. . .

. . .

- 1 -

party's own costs and attorney's fees.

DATED this 30th day of March, 2020.

**BERNSTEIN & POISSON**

*(signature)*

SCOTT L. POISSON, ESQ.
Nevada Bar No. 10188
BRIAN M. BOYER, ESQ.
Nevada Bar No. 12185
801 S. Fourth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff*
*Amber Morgan*

DATED this 1 day of ~~March~~ April, 2020.

**PHILLIPS, SPALLAS & ANGSTADT**

*(signature)* 14131 for

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

*Amber Morgan*
*Case No. 2:17-cv-02269-RFB-NJK*

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 2nd day of April, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE